HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DANIEL OLVERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:15-cr-00316  LJO-SKO |
| *Plaintiff,* | ) ) ) | STIPULATION TO CONTINUE SENTENCING AND ORDER |
| v. | ) ) | |
| DANIEL DELEON OLVERA, | ) ) | DATE:    December 6, 2016<br>TIME:    8:30 a.m. |
| *Defendant.* | ) ) ) | JUDGE:  Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, that the sentencing hearing scheduled for September 19, 2016, may be continued to December 6, 2016 at 8:30 a.m., or the soonest time thereafter convenient to the Court.

Since being released under pretrial supervision, Mr. Olvera has successfully completed inpatient substance abuse treatment at Westcare, and he is participating in the Better Choices program and moral reconation therapy (MRT) under the auspices of the Pretrial Services Office. Mr. Olvera is scheduled to graduate from the Better Choices Program on November 21, 2016, and the defense is requesting that Olvera be permitted to complete the program prior to sentencing. In addition, the draft Presentence Investigation Report assigns three criminal history points, and also enhances Olvera's base offense level for a 2002 domestic violence conviction for which Olvera was sentenced to a term of probation. The defense believes the offense may be

too remote to result in criminal history points.  The defense also believes the offense may no longer qualify as a crime of violence under the sentencing guidelines in light of *United States v. Johnson*, 135 S.Ct. 2551(2015).  For these reasons the defense is also requesting a continuance to allow additional time to brief the issues.

The parties agree that the delay resulting from this request shall be excluded in the interests of justice, for effective defense investigation and preparation, and for continuity of counsel, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

DATED:  August 18, 2016            By      /s/ *Kimberly A. Sanchez*
                                           KIMBERLY A. SANCHEZ
                                           Assistant United States Attorney
                                           Attorney for Plaintiff

                                           HEATHER E. WILLIAMS
                                           Federal Defender

DATED:  August 18, 2016            By      /s/ *Eric V. Kersten*
                                           ERIC V. KERSTEN
                                           Assistant Federal Defender
                                           Attorney for Defendant
                                           DANIEL OLVERA

**ORDER**

The sentencing hearing scheduled for September 19, 2016 is continued to December 6, 2016, at 8:30 a.m.

IT IS SO ORDERED.

Dated:   **August 22, 2016**           /s/ Lawrence J. O'Neill
                                       UNITED STATES CHIEF DISTRICT JUDGE