HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
DANIEL OLVERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> *Plaintiff,* <br> v. <br> DANIEL DELEON OLVERA, <br> *Defendant.* | No. 1:15-cr-00316 LJO-SKO <br><br> STIPULATION TO CONTINUE SENTENCING AND ORDER <br><br> DATE: December 12, 2016 <br> TIME: 8:30 a.m. <br> JUDGE: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, that the sentencing hearing scheduled for December 5, 2016, may be continued to December 12, 2016 at 8:30 a.m., or the soonest time thereafter convenient to the Court.

Mr. Olvera just filed his Formal Objections to the Presentence report on November 29, 2016. This continuance is requested to allow adequate time for the government to respond to defendant's formal objections.

The parties agree that the delay resulting from this request shall be excluded in the

///

///

///

///

interests of justice, for effective defense investigation and preparation, and for continuity of counsel, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

DATED:  November 30, 2016         By      /s/ *Kimberly A. Sanchez*
                                          KIMBERLY A. SANCHEZ
                                          Assistant United States Attorney
                                          Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED:  November 30, 2016         By      /s/ *Eric V. Kersten*
                                          ERIC V. KERSTEN
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          DANIEL OLVERA

## ORDER

**IT IS SO ORDERED**. The sentencing hearing scheduled for December 5, 2016 is continued to December 12, 2016, at 8:30 a.m.

IT IS SO ORDERED.

Dated:   **November 30, 2016**        /s/ Lawrence J. O'Neill
                                      UNITED STATES CHIEF DISTRICT JUDGE